IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OSCAR VILLAVICENCIO UBALDO,

  Petitioner,

v.

NIKITA BAKER, et al.

  Respondents.

Civil Action No.: SAG-25-04185

**ORDER**

For the reasons stated during today's telephonic hearing, this Court concludes that Petitioner is a member of the *Maldonado Bautista* class certified in the Central District of California, Civ. No. 5:25-01873-SSS-BFM. Pursuant to the Final Judgment Order in that case, ECF 94, Petitioner is therefore detained under 8 U.S.C. § 1226(a) and not subject to mandatory detention under § 1225(b)(2). This Court accordingly ORDERS that

1) Petitioner's Petition for a Writ of Habeas Corpus is GRANTED, in that within five (5) days of the date of this Order he is to receive an initial determination by an immigration officer regarding bond or detention; and

2) If Petitioner is not released on bond before the immigration officer, within seven (7) days of the date of this Order, he is to receive a bond hearing before an immigration judge; and

3) If he is not provided both forms of process within the time frames ordered above, Respondents should RELEASE Petitioner from custody; and

4) The parties shall file status updates with the Court following the proceedings described above; and

5) The Court shall RETAIN jurisdiction over this matter to enforce compliance with this Order.

December 19, 2025                             /s/
                                        Stephanie A. Gallagher
                                        United States District Judge